JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-01714-JHN-AJWx | Date | April 15, 2010 |
|---|---|---|---|
| Title | Vincenzo Numerosi v. Pennsylvania Life Insurance Company et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER REMANDING TO LOS ANGELES SUPERIOR COURT  (In Chambers)

On March 9, 2010, this action was removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441.  Removal on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) requires that the amount in controversy exceed $75,000.  On April 1, 2010, Plaintiff filed a Motion to Remand to Los Angeles Superior Court "on the grounds that the amount in controversy does not exceed $75,000.00 and plaintiff has stipulated that he waives any potential recovery in excess of $75,000.00." (Docket no. 7.)  On April 13, 2010, Defendant agreed to this reduction in the amount sought by Plaintiff in a joint stipulation and filed notice of non-opposition to the Motion to Remand.

Accordingly, the Motion to Remand is GRANTED and this matter is hereby REMANDED to the Los Angeles Superior Court.  **The hearing set for May 3, 2010 is hereby removed from the Court's calendar**.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |